UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 09-146 (SDW) |
| KASSEEM BEY | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Justin W. Arnold, Assistant U.S. Attorney, appearing) and defendant Kasseem Bey (Patrick McMahon, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this Order to the trial date in order to allow the parties to conclude plea negotiations; and the defendant being aware that he has the right to have this matter tried within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c); and the defendant having waived such right and consented to this continuance; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to conclude plea negotiations, which would render a trial of this

matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 16th day of July, 2009

ORDERED that the Court's Order for Discovery and Inspection is modified as follows: Pre-trial motions shall be filed by October 7, 2009; opposition papers shall be filed by October 28, 2009; the motions are returnable November 4, 2009; and the trial date is scheduled for November 5, 2009.

IT IS FURTHER ORDERED that the period from July 13, 2009, through November 5, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

Patrick McMahon, AFPD

Justin W. Arnold, AUSA